**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| REGINALD VAL DAVIN, | ) | NO. CV 09-4706-RSWL(E) |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| DOMINGO URIBE, JR., Warden, | ) | |
| Respondent. | ) | |

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on June 30, 2009.  Respondent filed an Answer on February 17, 2010.  Petitioner filed a Traverse on April 5, 2010.

The Petition challenges the criminal judgment in Los Angeles Superior Court case number YA069114 (Petition at 2 & Exhibits A, B).  Petitioner previously challenged this same judgment in a prior habeas corpus petition filed in this Court.  See Davin v. Baca, CV 08-2877-RSWL(E).  On August 5, 2008, this Court entered Judgment in Davin v. Baca, CV 08-2877-RSWL, denying and dismissing the prior petition on the merits with prejudice.

The Court must dismiss the present Petition in accordance with 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and Effective Death Penalty Act of 1996").  Section 2244(b) requires that a petitioner seeking to file a "second or successive" habeas petition first obtain authorization from the court of appeals.  See Burton v. Stewart, 549 U.S. 147, 157 (2007) (where petitioner did not receive authorization from Court of Appeal before filing second or successive petition, "the District Court was without jurisdiction to entertain [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir. 2000) ("the prior-appellate-review mechanism set forth in § 2244(b) requires the permission of the court of appeals before 'a second or successive habeas application under § 2254' may be commenced").  A petition need not be repetitive to be "second or successive," within the meaning of 28 U.S.C. section 2244(b).  See, e.g., Calbert v. Marshall, 2008 WL 649798, at *2-4 (C.D. Cal. Mar. 6, 2008); Miles v. Mendoza-Powers, 2007 WL 4523987, at *2-3 (E.D. Cal. Dec. 19, 2007).  Petitioner evidently has not yet obtained authorization from the Ninth Circuit Court of Appeals.  Consequently, this Court cannot entertain the present Petition.  See Burton v. Stewart, 549 U.S. at 157.[1]

///

///

///

---

[1]    Respondent's Answer does not argue that the Petition is "second or successive."  In fact, the Answer states that "[t]he Petition does not appear to be successive" (Answer at 1). Respondent's position in this regard is irrelevant, however.  The absence of Circuit Court authorization to file a "second or successive" petition is a jurisdictional defect that cannot be waived in District Court proceedings.  See, e.g., Torres v. Senkowski, 316 F.3d 147, 151 (2nd Cir. 2003).

1   For all of the foregoing reasons, the Petition is denied and

2   dismissed without prejudice.

3

4   LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6   DATED: 4-12-10.

7

8

9                                    RONALD S.W. LEW
                          _____
10                               RONALD S. W. LEW
                          SENIOR UNITED STATES DISTRICT JUDGE

11

12

13

14  PRESENTED this 6th day of

15  April, 2010, by:

16

17  _____/S/_____
                  CHARLES F. EICK
18  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28